IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:10-cv-01641-JSM-EAJ

SURETEC INSURANCE COMPANY,

        Plaintiff,

v.

BLUEWATER SITE CONTRACTORS,
INC., MICHAEL T. OGLE, KAREN OGLE,
DAVID GIBBS, JR., and DESIRIE GIBBS,

        Defendants.
_____/

**FINAL JUDGMENT AGAINST BLUEWATER SITE CONTRACTORS, INC.,
DAVID GIBBS, JR. AND DESIRIE GIBBS**

THIS CAUSE came before the Court upon Plaintiff, SURETEC INSURANCE COMPANY's ("SureTec"), Motion for Final Judgment Against Defendants and Incorporated Memorandum of Law (the "Motion"). The Court has reviewed the Motion and the pertinent papers and pleadings on file with the Court, and is otherwise fully advised of the premises. Finding that the Motion is well taken and that the Clerk has entered a default against Bluewater Site Contractors, Inc., David Gibbs, Jr., and Desirie Gibbs, it is ORDERED and ADJUDGED that:

    1.    Final judgment be and hereby is entered in favor of SureTec, whose address is 9737 Great Hills Trail, Suite 320, Austin, TX 78759, and against Defendants, BLUEWATER SITE CONTRACTORS, INC., whose last known address is 3031 Butler Ridge Rd., Deltona, FL 32738, DAVID GIBBS, JR., whose last known address is 3031 Butler Ridge Rd., Deltona, FL 32738, and DESIRIE GIBBS, whose last known address

1

is 3031 Butler Ridge Rd., Deltona, FL 32738, jointly and severally for $123,065.16, plus prejudgment interest in the amount of $4,240.45, for a total amount of $127,305.61, which amount shall accrue interest pursuant to 28 U.S.C. §1961 at the rate of 0.26 % per annum, until paid, for all which let execution issue forthwith.

2. SureTec is entitled to recover its attorneys' fees and costs from the judgment debtors for prosecuting the above-captioned action. The Court reserves jurisdiction to determine the amount of such attorneys' fees and costs.

DONE AND ORDERED in Chambers in Tampa, Florida on this 4 day of Feb. , 2010.

JAMES S. MOODY, JR.
United States District Judge

Copies provided to:

Bluewater Site Contractors, Inc.
3031 Butler Ridge Rd.
Deltona, FL 32738

David Gibbs, Jr.
3031 Butler Ridge Rd.
Deltona, FL 32738

Desirie Gibbs
3031 Butler Ridge Rd.
Deltona, FL 32738

Brandon J. Held, Esq.
*Via CM/ECF*